IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YOUNG YIL JO, PAUL GULETT, KAMIESH PATEL, AHMAD Z. ADILI, ANGEL CORONA, GUSTAVO RUBIO, ERICK BOCH, MISAEL NAJARRO, DIL PAZIR, EDSON CONCEICAO, DIALLO SEYBA, PANKAJ PATEL, B. HYLTON, G. DASILVA, RICARDO RAMIREZ, GENS PARK, MARIO JULIEN, and CLIVE COHEN, | ) ) ) ) ) ) ) ) ) ) ) | 8:15CV52 |
| Petitioners, | ) ) | **MEMORANDUM AND ORDER** |
| v. | ) ) | |
| SIX UNKNOWN NAMES AGENTS, and MR PRESIDENT OF THE UNITED STATES BARACK OBAMA, | ) ) ) ) | |
| Respondents. | ) ) ) | |

This matter is before the court on Petitioner Young Yil Jo's[1] ("Jo") Notice of Appeal, filed on February 9, 2015. (Filing No. 2.) Jo did not submit a request for leave to proceed in forma pauperis on appeal, and did not pay the $505.00 appellate filing fee. (*See* Docket Sheet.)

Under the provisions of 28 U.S.C. § 1915(g), a prisoner may not proceed in forma pauperis in a civil action, or appeal a judgment in a civil action, if the prisoner has, on three or more occasions, while incarcerated, brought an action or appeal in federal court that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. §1915(g). An exception is made for prisoners who are under imminent danger of serious physical injury. *Id*.

---

[1]The court notes that numerous individuals are included in the captions of Jo's filings (Filing No. 1-1; Filing No. 2). However, the documents appear to be signed only by Jo, and there is no indication that any of the other individuals whose names appear on the documents agreed to participate in this lawsuit. Therefore, the court solely recognizes Jo as the petitioner in this case.

The court has reviewed the United States Case/Party Index and finds that Jo is an experienced pro se litigant with an extensive history of abusive filings in federal district courts. To date, Jo has filed over 400 federal civil lawsuits in 34 federal district courts. He has been barred from proceeding in forma pauperis in the federal district courts because he has three or more strikes, a fact he has been informed of numerous times. *See*, *e.g.*, *Joe v. Bush*, No. 1:2004-CV-3830 (N.D. Ill. June 14, 2004); *Joe v. Bush*, No. 1:2004-CV-8065 (N.D. Ill. Feb. 7, 2005); *Bustamante v. Six Unknown Names Agents*, 1:09-CV-7154 (N.D. Ill. Nov. 17, 2009); and *Gutierrez-Arias v. Six Unknown Agents, et al.*, 3:10-CV-105 (N.D. Ind. April 23, 2010).

Here, Jo has not shown that he faces any danger or physical injury. Thus, he is not permitted to proceed in form pauperis in this court and he is not entitled to proceed in forma pauperis on appeal.

IT IS THEREFORE ORDERED that:

1. Jo is not entitled to proceed in forma pauperis on appeal.

2. The clerk's office is to update the court's records to reflect that Jo is the only petitioner.

3. The clerk's office is directed to forward a copy of this Memorandum and Order to the Eighth Circuit Court of Appeals.

DATED this 12th day of February, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.